UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| UNITED STATES<br><br>        Plaintiff<br><br>v.<br><br>RASHAD HOLMES<br><br>        Defendant | Case No.: 7:2022cr00043 |

## MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE

COMES THIS DAY the Defendant, Rashad Holmes, by counsel, and moves to modify the Order Setting Conditions of Release (ECF 27), for the following reasons:

1. Mr. Holmes is charged with one count of Possession of a Firearm by a Felon on or about November 9, 2021, in violation of 18 U.S.C. § 922(g)(1).

2. Mr. Holmes was released on a $15,000, unsecured bond, with the added enhanced conditions of home detention and location monitoring.

3. Mr. Holmes respectfully asks that the Court amend the Order to impose a curfew as an alternative to home detention.

4. Under home detention, Mr. Holmes has struggled because it does not allow him to maintain a regular exercise regimen at his local gym, nor does it allow him to buy groceries, go to restaurants, or participate in routine activities of daily living. He has otherwise met with his probation officer as scheduled and maintained regular contact.

5. Given Mr. Holmes's local ties, the lack of aggravating factors associated with the case, the age of the alleged offense, and compliance to date, he respectfully moves the Court to grant his request.

6. A hearing is requested.

Dated March 16, 2023     Respectfully submitted,

RASHAD HOLMES

By: _____
   Of Counsel

Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave. S.W., #302
Roanoke, VA 24016
Telephone: (540) 585-1776
Email: rob@robdeanlaw.com

*Counsel for the Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the March 16, 2023, the foregoing was sent to the following parties by email:

>Mr. Andrew Bassford
>Mr. Lee Brett
>United States Attorney's Office
>310 First Street, SW, Room 906
>Roanoke, VA 24008
>Telephone: (540) 857-2967
>Email: andrew.bassford@usdoj.gov
>          lee.brett@usdoj.gov

*Counsel for the United States of America*

By: /s/ _____
         Of Counsel